1 | BRENDA H. ENTZMINGER
Nevada Bar No. 9800
2 | BETSY C. JEFFERIS
Nevada Bar No. 12980
3 | **PHILLIPS, SPALLAS & ANGSTADT LLC**
4 | 504 South Ninth Street
Las Vegas, Nevada 89101
5 | (702) 938-1510
6
*Attorneys for Defendant*
7 | *Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| TIMOTHY BOYTOR, | Case No.: 2:16-cv-02023-JAD-GWF |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND INITIAL EXPERT DEADLINES** |
| v. | |
| WAL-MART STORES, INC., and DOES 1 through 100; and ROE CORPORATIONS 101 through 200, | **[SECOND REQUEST]** |
| Defendants. | |

Plaintiff TIMOTHY BOYTOR (hereinafter "Plaintiff") and Defendant WAL-MART STORES, INC. (hereinafter "Defendant"), by and through their respective counsel of record LLC and hereby stipulate to modify the scheduling order to extend the initial expert discovery deadlines by five (5) days.

Pursuant to Local Rule 6-1(b), the parties hereby aver that this is the <u>second such discovery extension</u> requested in this matter.

**DISCOVERY COMPLETED TO DATE**

- The parties have conducted an FRCP 26(f) conference and have served their respective FRCP 26(a) disclosures;
- The parties have completed written discovery;
- Walmart has deposed Plaintiff;
- Depositions of fact witnesses/store employee
- FRCP 35 Independent Medical Examination of Plaintiff.

## DISCOVERY TO BE COMPLETED AND REASONS FOR DISCOVERY

Discovery to be completed includes:

- Depositions of expert witnesses and treating medical providers;
- Initial Expert Disclosures
- Rebuttal expert disclosures.

The parties aver, pursuant to Local Rule 2.25, that good cause exists for the requested extension. The parties agree that, pending this Court's approval, extension of initial expert disclosure deadlines is appropriate, as the parties wish to further investigate this case, conduct necessary discovery prior to pertinent deadlines, and potentially reach a resolution prior to incurring fees and costs for extensive discovery and experts. Despite the good faith efforts of the parties to comply with the Court's discovery deadlines, Defendant's expert's availability for a preparation of expert reports necessitates this extension. All amendments are noted in **"BOLD."**

## [PROPOSED] NEW DISCOVERY DEADLINES

**Initial Expert Disclosure Deadline**

    **Currently: February 6, 2017**

    **Proposed: February 10, 2017**

If the extension is granted, all anticipated additional discovery is expected to be included within the stipulated extended deadline. The parties aver that this request for extension is made by the parties in good faith and not for the purpose of delay.

Continued from last page.

DATED this 7th day of February, 2017.

| BERSTEIN & POISSON | PHILLIPS, SPALLAS & ANGSTADT LLC |
|---|---|
| /s/ Jamie Corcoran | /s/ Betsy Jefferis |
| Jamie H. Corcoran, Esq.<br>Nevada Bar No. 11790<br>BERNSTEIN & POISSON<br>320 S. Jones Blvd.<br>Las Vegas, NV 89107<br><br>*Attorneys for Plaintiff*<br>*Timothy Boytor* | Brenda H. Entzminger<br>Nevada Bar No. 9800<br>Betsy C. Jefferis<br>Nevada Bar No. 12980<br>PHILLIPS, SPALLAS & ANGSTADT, LLC<br>504 South Ninth Street<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendant*<br>*Wal-Mart Stores, Inc.* |

**ORDER**

IT IS SO ORDERED.

DATED this  8th  day of _____February_____, 2017.

_____George Foley Jr._____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

Pursuant to FRCP Rule 5, I hereby certify that I am an employee of the law firm PHILLIPS, SPALLAS & ANGSTADT, LLC, and that on this 7th day of February, 2017, I electronically served a copy of **STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY DEADLINES [SECOND REQUEST]** as follows:

☒ By facsimile addressed to the following counsel of record, at the address listed below;

☐ By placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐ By Hand Delivery (ROC); and/or

☒ By Electronic Service through CM/ECF to:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTY |
|---|---|---|
| SCOTT L. POISSON, ESQ.<br>Nevada Bar No. 10188<br>JAMIE H. CORCORAN, ESQ<br>Nevada Bar No. 11790<br>BERNSTEIN & POISSON<br>320 S. Jones Blvd.<br>Las Vegas, NV 89107 | Phone 702-256-4566<br>Fax     702-256-6280 | Plaintiff |

_____
An Employee of PHILLIPS, SPALLAS & ANGSTADT LLC

```
*********************
*** FAX TX REPORT ***
*********************

            TRANSMISSION OK

    JOB NO.                 0039
    DESTINATION ADDRESS     7022566280
    SUBADDRESS
    DESTINATION ID
    ST. TIME                02/07 09:16
    TX/RX TIME              01'28
    PGS.                    4
    RESULT                  OK
```

| | |
|---|---|
| 1 | BRENDA H. ENTZMINGER |
| 2 | Nevada Bar No. 9800 |
|   | BETSY C. JEFFERIS |
| 3 | Nevada Bar No. 12980 |
|   | **PHILLIPS, SPALLAS & ANGSTADT LLC** |
| 4 | 504 South Ninth Street |
|   | Las Vegas, Nevada 89101 |
| 5 | (702) 938-1510 |
| 6 | |
|   | *Attorneys for Defendant* |
| 7 | *Wal-Mart Stores, Inc.* |

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

| | | |
|---|---|---|
| 10 | TIMOTHY BOYTOR, | Case No.: 2:16-cv-02023-JAD-GWF |
| 11 | Plaintiff, | **STIPULATION AND [PROPOSED]** |
| 12 | v. | **ORDER TO EXTEND INITIAL EXPERT DEADLINES** |
| 13 | WAL-MART STORES, INC., and DOES 1 through 100; and ROE CORPORATIONS 101 | |
| 14 | through 200, | **[SECOND REQUEST]** |
| 15 | Defendants. | |

17   Plaintiff TIMOTHY BOYTOR (hereinafter "Plaintiff") and Defendant WAL-MART STORES,
18   INC. (hereinafter "Defendant"), by and through their respective counsel of record LLC and hereby
19   stipulate to modify the scheduling order to extend the initial expert discovery deadlines by five (5) days.
20   Pursuant to Local Rule 6-1(b), the parties hereby aver that this is the <u>second such discovery
21   extension</u> requested in this matter.

## DISCOVERY COMPLETED TO DATE

22   • The parties have conducted an FRCP 26(f) conference and have served their respective