BRENDA H. ENTZMINGER
Nevada Bar No. 9800
bentzminger@psalaw.net
SUNEEL J. NELSON
Nevada Bar No. 12052
snelson@psalaw.net
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY BOYTOR, an individual, | Case: 2:16-cv-02023-JAD-GWF |
| Plaintiff, | |
| v. | ~~[PROPOSED]~~ **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| WAL-MART STORES, INC., and DOES 1 through 100; and ROE CORPORATIONS 101 through 200, | **(FIFTH REQUEST)** |
| Defendants. | |

This stipulation to modify the current scheduling order is hereby entered into by and between Plaintiff TIMOTHY BOYTOR ("Boytor") and Defendant WAL-MART STORES, INC. ("Wal-Mart"), through their attorneys of record, pursuant to LR 6-1(b) and LR 26(4) and is based upon the following:

    **a.** <u>**Discovery Completed to Date:**</u>

The parties have exchanged initial disclosures of documents and the names of individuals with knowledge of the facts pertaining to Boytor's claims against Wal-Mart. Both parties have served several supplements to their initial disclosures. Wal-Mart has propounded written discovery to Boytor, including interrogatories, requests for production and requests for admission. Boytor has served his responses. Boytor has propounded written discovery to Wal-Mart, including interrogatories, a second set of interrogatories, requests for production, and a second set of requests for production. Wal-Mart

has served its responses. Wal-Mart has taken the depositions of Boytor, Dr. Marjorie Belsky, and Dr. Stuart Kaplan. Plaintiff has taken the deposition of Michael Beauregard.

**(b) Discovery that remains to be completed:**

Wal-Mart intends to depose one remaining witness: Plaintiff's expert, John Peterson, who—according to Boytor's expert disclosures—is an expert regarding "store safety and security and risk management safety…[and]…will opine as to the industry standards re: standard of care, keeping areas safe, sweeps, following safety protocol and industry standards."

**(c) The reason why discovery remaining was not completed within the time limits set by the discovery plan.**

Wal-Mart has prior notices of taking Mr. Peterson's deposition: Wal-Mart served notice of taking Peterson's deposition on April 6, 2017. Peterson, however, was not available on that date. Then, Wal-Mart served a second notice of taking Peteron's deposition, setting a date of June 5, 2017. Mr. Peterson was again unavailable to appear on that date. Wal-Mart has agreed to vacate the second deposition date in reliance on Plaintiff's counsel, who states that Mr. Peterson *will* be available on June 26, 2017, and Wal-Mart is concurrently serving its third amended notice of taking Mr. Peterson's deposition, setting a date of June 26, 2017. The parties aver, pursuant to Local Rule 6-1, that good cause exists for extension of the discovery period solely for Wal-Mart's taking of the deposition of John Peterson. The parties agree, pending this Court's approval, to extension of the discovery deadline for that limited purpose.

//
//
//
//
//
//
//
//
//

**(d) <u>A proposed schedule for completing all remaining discovery</u>:**

The deadline for discovery in this case is presently June 14, 2017 (*see* ECF No. 20, p. 2:24). The parties seek to extend this deadline only as required to accommodate Wal-Mart's deposition of John Peterson.

| | |
|---|---|
| DATED this <u>6th</u> day of June, 2017.<br><br>**BERSTEIN & POISSON**<br><br>By: /s/ Jamie H. Corcoran<br>JAMIE H. CORCORAN, ESQ<br>Nevada Bar No. 11790<br>BERNSTEIN & POISSON<br>320 S. Jones Blvd.<br>Las Vegas, NV 89107 | DATED this <u>6th</u> day of June, 2017.<br><br>**PHILLIPS SPALLAS & ANGSTADT, LLC**<br><br>By  */s/ Suneel J. Nelson*<br>BRENDA H. ENTZMINGER, ESQ.,<br>NV Bar No. 9800<br>SUNEEL J. NELSON, ESQ.<br>NV Bar No. 12052<br>504 South Ninth Street<br>Las Vegas, NV 89101 |

<u>**ORDER**</u>

IT IS SO ORDERED.

DATED this <u>7th</u> day of _____June_____, 2017.


_____
UNITED STATES MAGISTRATE JUDGE

- 3 -