# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| TIMOTHY BOYTOR, | ) | Case No. 2:16-cv-02023-JAD-GWF |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| WAL-MART STORES, INC., | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(b)(5). The Order granting the parties' stipulation to extend discovery deadlines (ECF No. 22) filed June 7, 2017, stated that the discovery cutoff was June 14, 2017 with the exception of the one deposition to be taken on June 26, 2017. Local Rule 26-1(b)(5) requires the parties to file a joint pretrial order thirty days after the dispositive motion deadline, which was July 14, 2017. Therefore, the parties joint pretrial order was due no later than August 14, 2017. There are no dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **September 8, 2017**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for plaintiff's failure to prosecute. See Fed. R. Civ. P. 41(b).

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 31st day of August, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge