# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TIMOTHY BOYTOR,

    Plaintiff,

vs.

WAL-MART STORES, INC.,

    Defendant.

Case No. 2:16-cv-02023-JAD-GWF

**ORDER**

This matter is before the Court on Defendants Wal-Mart Stores, Inc.'s Motion to Withdraw Former Non-Lead Attorney (ECF No. 27), filed on September 1, 2017.

Counsel for Defendant represents that Suneel J. Nelson, Esq. is no longer associated with the law firm of Phillips, Spallas & Angstadt, LLC. Therefore, counsel requests that Suneel Nelson be removed as attorney of record for Defendant. Counsel also indicates that Suneel Nelson's withdrawal will not delay or prejudice the proceedings in this matter because Defendant will continue to be represented by attorneys Robert K. Phillips, Esq. and Brenda H. Entzminger, Esq. of Phillips, Spallas & Angstadt, LLC. The Court finds that counsel has provided good cause to justify granting Sunell Nelson's withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Defendants Wal-Mart Stores, Inc.'s Motion to Withdraw Former Non-Lead Attorney (ECF No. 27) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Suneel Nelson, Esq. from the CM/ECF service list in this case.

DATED this 5th day of September, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge