ROBERT K. PHILLIPS
Nevada Bar No. 11441
BETSY C. JEFFERIS
Nevada Bar No. 12980
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
bjefferis@psalaw.net

*Attorneys for Defendant
Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY BOYTOR,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., and DOES 1 through 100; and ROE CORPORATIONS 101 through 200,<br><br>　　　　　Defendants. | Case No.: 2:16-cv-02023-JAD-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 34 |

　　　　IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//

//

//

//

//

//

//

- 1 -

party's own costs and attorney's fees.

DATED this 17th day of October, 2017.	DATED this 17th day of October, 2017.

**BERNSTEIN & POISSON**	**PHILLIPS, SPALLAS & ANGSTADT**

*/s/ Jamie H. Corcoran*	*/s/ Betsy C. Jefferis*

Jamie H. Corcoran, Esq.	Betsy C. Jefferis, Esq.
320 S. Jones Blvd.	504 South Ninth Street
Las Vegas, Nevada 89107	Las Vegas, Nevada 89101
*Attorneys for Plaintiff*	*Attorneys for Defendant*
*Timothy Boytor*	*Wal-Mart Stores, Inc.*

## ORDER

Based on the parties' stipulation [34] and good cause appearing, IT IS HEREBY ORDERED that **this case is DISMISSED**, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
October 17, 2017